Defendant's affidavit of defense was struck from the files, as was also its amended affidavit of defense. No propositions of law were submitted.

To reverse judgment for plaintiff for $82.22 entered on his affidavit of claim, defendant prosecutes this writ of error.

DANIEL M. MICKEY, for plaintiff in error.

FREDERICK K. WARNE, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 27*—*when motions and orders not reviewable.* Motions and orders striking affidavits of defense from the files cannot be reviewed on a writ of error unless they are preserved by a bill of exceptions.

2. MUNICIPAL COURT OF CHICAGO, § 26*—*when matters not preserved in record not reviewable.* On a writ of error to reverse a judgment in an action to recover premiums alleged to be due under insurance policies, where the policies are not preserved in the record, the court cannot consider their provisions.

---

### The Lord & Bushnell Company, Defendant in Error, v. W. J. Campbell, trading as W. J. Campbell Lumber Company, Plaintiff in Error.

### Gen. No. 20,726.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the October term, 1914. Reversed and judgment here. Opinion filed March 8, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by The Lord & Bushnell Company, a corporation, plaintiff, against W. J. Campbell, trading as W. J. Campbell Lumber Company, defendant, to recover an unpaid balance claimed to be due for the purchase of certain lumber sold to defendant. The sale and delivery of the lumber at the price alleged was admitted by defendant, but he claimed to have had a contract with plaintiff for further lumber at the same price and that this contract was violated by plaintiff's refusal to deliver the balance of the lumber, to the damage of defendant.

The agreement between the parties was created through letters between them which were introduced in evidence.

Plaintiff's statement of claim also included an item for an allowance on lumber bought of defendant but rejected by plaintiff and an agreement by defendant to make such allowance was established.

To reverse a judgment for plaintiff for $359.19, defendant prosecutes this writ of error.

MORSE IVES, for plaintiff in error.

LOUIS J. BEHAN, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. SET-OFF AND RECOUPMENT, § 40*—*when evidence insufficient to establish.* Evidence examined and *held* insufficient to establish contract whereon claim of set-off based.

2. CONTRACTS, § 372*—*when existence not affected by destruction of writing evidencing it.* The fact that the original writing evidencing the terms of an agreement entered into between the parties, which was signed and delivered, is destroyed does not destroy the agreement, but the terms of the agreement may be shown by introducing a copy.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.